THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TAHA ABOU-RAMADAN,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ALLISON KATAOKA, *et al.*,<br><br>　　　　　Defendants. | CASE NO. C20-1356-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiff Taha Abou-Ramadan's unopposed motion for an extension of time to respond to Defendant Allison Kataoka's motion to dismiss (Dkt. No. 13). Having considered the parties' briefing and the relevant record and finding good cause, the Court hereby GRANTS the motion in part. Plaintiff shall respond to the motion to dismiss no later than May 24, 2021 and Ms. Kataoka shall reply, if she chooses to do so, no later than June 2, 2021. The Court DIRECTS the Clerk to renote Ms. Kataoka's motion to dismiss for consideration on June 2, 2021. In the future, if Plaintiff seeks an extension of a deadline, Plaintiff must provide specific reasons why the existing deadline cannot be met.

//

//

MINUTE ORDER
C20-1356-JCC
PAGE - 1

DATED this 15th day of April 2021.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk